

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 24 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF ARIZONA; et al.,

    Plaintiffs-Appellants,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants-Appellees.

No. 21-16118

D.C. No. 2:21-cv-00186-SRB
District of Arizona,
Phoenix

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Within 21 days after the date of this order, appellees shall file a response or notice of non-opposition to appellants' petition for rehearing. *See* 9th Cir. R. 27-10.

AC/MOATT