

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7268
Washington, D.C. 20530

Tel: (202) 353-6880

April 14, 2023

**By ECF**

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119
(415) 355-8020

      Re:    *State of Arizona v. U.S. Department of Homeland Security*, No. 21-16118

Dear Ms. Dwyer:

      We write in response to the Court's order of March 24, 2023, requiring appellees to file a response or a notice of non-opposition to appellants' petition for rehearing. Appellees do not oppose the request for *Munsingwear* vacatur, *see* Dkt. No. 48, at 2-3, and take no position on the question whether that request satisfies the standard for panel rehearing.

Sincerely,

/s/ Michael Shih
MICHAEL SHIH
SEAN JANDA
   Attorneys
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Room 7268
   Washington, D.C. 20530
   (202) 353-6880