| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 18 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF ARIZONA; et al.,

    Plaintiffs-Appellants,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants-Appellees.

No. 21-16118

D.C. No. 2:21-cv-00186-SRB
District of Arizona,
Phoenix

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

The petition for panel rehearing (Docket Entry No. 54) is granted.

The January 21, 2022 order dismissing this appeal is amended to include vacatur of the district court's June 30, 2021 order denying appellants' motion for preliminary injunction and August 12, 2021 order denying appellants' motion for reconsideration. The district court's June 30, 2021 and August 12, 2021 orders are vacated. *See United States v. Munsingwear*, 340 U.S. 36 (1950).

AC/MOATT